**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE** | **CHAPTER 7** |
| **MLCJR LLC, et al.,** | **CASE NO. 23-90324 (CML)** |
| **DEBTORS.[1]** | **(Jointly Administered)** |
| **MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of Cox Operating, L.L.C.,** | |
| **Plaintiff,** | **ADVERSARY PROCEEDING** |
| | **NO. 25-03344** |
| **VERSUS** | |
| **FAB-CON, INC.,** | |
| **Defendant.** | |

**DECLARATION OF PAUL DOUGLAS STEWART, JR.**
**IN SUPPORT OF TRUSTEE'S REQUEST FOR ENTRY OF DEFAULT**

Pursuant to 28 U.S.C. § 1746, I, Paul Douglas Stewart, Jr., declare and state the following under penalty of perjury:

1.      I am an attorney duly admitted to practice before the United States District Court for the Southern District of Texas. I represent Michael D. Warner, acting solely in his official capacity as the Chapter 7 Trustee (the "Trustee") in the above captioned adversary proceeding (the "Adversary Proceeding"), and I have appeared on his behalf therein.

2.      I submit this declaration (the "Declaration") in support of the *Trustee's Request for Entry of Default* under Fed. R. Bankr. P. 7055(a).

---

[1]  The "Debtors" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR, LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

Exhibit A

3.      The Trustee initiated the above captioned adversary proceeding (the "Adversary Proceeding") by filing that certain *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* [Doc. No. 1] (the "Complaint") against Defendant on May 14, 2025.

4.      The Clerk of Court issued a summons to Defendant on May 15, 2025 (the "Summons") [Doc. No. 3].

5.      As of the date hereof, based upon current knowledge, information, and belief, Defendant may be served through its current registered agent at the following address:

Patrick Gros
651 River Highland Blvd
Covington, LA 70433

6.      As prescribed by Fed. R. Bankr. P. 7004, the Trustee, on May 16, 2025, served Defendant with the Summons and Complaint via regular, first-class U.S. mail, directed to Bobby Giles, its registered agent at the time of filing of the Complaint, at 532 South Burnside Ave., Unit 2, Gonzales, LA 70737 [Doc. No. 4].[2]

7.      Under Fed. R. Bankr. P. 7012(a), Defendant's original deadline to respond to the Complaint was June 16, 2025.

8.      The Trustee and Defendant, via Defendant's counsel, entered into multiple Stipulations and Agreed Orders[3] whereby the Court granted extensions of time within which Defendant could file responsive pleadings until October 13, 2025.

9.      To date, Defendant has not filed a responsive pleading to the Complaint or otherwise defended the suit.

---

[2] A search of the Louisiana Secretary of State's records indicates that Defendant changed its registered agent on June 24, 2025, after the Summons had been issued.
[3] *See*, Docs. No. 6, 9, 12, and 15.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: November 6, 2025                                         */s/ Paul Douglas Stewart, Jr.*
                                                               Paul Douglas Stewart, Jr.