EXHIBIT "A"

DECLARATION UNDER PENALTY OF PURJURY OF RODNEY DYKES
IN SUPPORT OF
TRUSTEE'S MOTION FOR DEFAULT JUDGMENT AGAINST
FAB-CON, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

MLCJR LLC, et al.,
     *Debtors[1]*

CHAPTER 7

CASE NO. 23-90324 (CML)
(Jointly Administered)

MICHAEL D. WARNER, solely in his official
capacity as Chapter 7 Trustee of Cox Operating,
L.L.C.,
     *Plaintiff*

v.
FAB-CON, INC.,
     *Defendant*

ADV. PRO. NO. 25-03344

## DECLARATION UNDER PENALTY OF PERJURY OF RODNEY DYKES IN SUPPORT OF TRUSTEE'S MOTION FOR DEFAULT JUDGMENT AGAINST FAB-CON, INC.

Pursuant to 28 U.S.C. § 1746, I, Rodney Dykes, hereby declare that:

1.     I am above 18 years of age, and I am competent to testify.

2.     I submit this declaration (this "***Declaration***") in support of the *Trustee's Motion for Default Judgment Against Fab-Con, Inc.* and the accompanying *Memorandum in Support of Trustee's Motion for Default Judgment Against Fab-Con, Inc.* (together, the "***Motion***") filed by Michael D. Warner in his official capacity as the duly elected Chapter 7 Trustee (the "***Trustee***") for the bankruptcy estate (the "***Estate***") of Debtor Cox Operating L.L.C. ("***Cox Operating***") and

---

[1]    The "***Debtors***" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR, LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

plaintiff in the above-captioned adversary proceeding (the "*Adversary Proceeding*"). I am directly familiar with the information contained in the Motion.

3.        For approximately seven (7) years before May 13, 2023 (the "*Petition Date*"), I served as the President and Chief Operating Officer of Cox Operating. Prior to that time, I served as the Vice President of Operations. Except as otherwise indicated, all statements set forth in this Declaration are based upon my personal knowledge, garnered from my review of relevant documents and/or my experience and knowledge gained during my employment with Cox Operating.

4.        Prior to filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "*Court*") on the Petition Date, Cox Operating regularly engaged in oil and gas operations. Both before and in the ninety (90) days immediately preceding the Petition Date – that is between February 13, 2023 and the Petition Date (the "*Preference Period*") – Cox Operating maintained business relationships with various business entities, including Fab-Con, Inc. (the "*Defendant*") through which it regularly purchased, sold, received, and/or delivered goods and services.

5.        To collect, concentrate, manage, and disburse funds in the Debtors' business, including during the Preference Period, Cox Operating utilized and maintained a cash management system (the "*Cash Management System*"). This consisted of several corporate bank accounts at Amarillo National Bank, including the following accounts maintained by Cox Operating: (a) an operating account ending in x7046 (the "*Primary Operating Account*"); and (b) ancillary operating account ending in x3584 (the "*Ancillary Operating Account*," and together with the Primary Operating Account, the "*Operating Accounts*"). From these Operating Accounts, Cox

Operating: (a) received revenue derived from sales of oil and gas, non-operating working interests, and other sources; and (b) paid cash for its operational costs, including payment to vendors, suppliers, distributors, and other creditors, including Defendant.

6.      During the Preference Period, the Debtors, including Cox Operating, continued to operate their business affairs, albeit in preparation for the filing of the voluntary petitions, including the transfer of property, either by checks, cashier checks, wire transfers, ACH transfers, direct deposits or otherwise, to certain entities, including Defendant. During this time, Cox Operating: (a) purchased goods from various entities including vendors, creditors, suppliers and distributors and (b) paid for services used to facilitate their business. Defendant was one such vendor.

7.      Between August 3, 2022 and August 31, 2022 – Defendant issued sixty (60) invoices to Cox Operating (collectively, the "*Invoices*"). Cox Operating's books and records indicate the Invoices were for labor, goods, services, materials and/or supplies Defendant provided Cox Operating prior to the Preference Period. Cox Operating's books and records reveal that Cox Operating made two payments or transfers (each a "*Transfer*," collectively the "*Transfers*") totaling $857,108.75 to Defendant during the Preference Period, as shown through the following table:

| Check No | Check Date | Check Amount | Clear Date | Invoice Paid | Invoice Date | Amount Paid |
|---|---|---|---|---|---|---|
| 38759 | 2/17/2023 | $343,230.86 | 2/22/2023 | 110925 | 8/4/2022 | $16,002.00 |
| | | | | 110932 | 8/4/2022 | $20,631.54 |
| | | | | 110933 | 8/4/2022 | $7,326.00 |
| | | | | 110934 | 8/4/2022 | $11,347.00 |
| | | | | 110935 | 8/4/2022 | $23,720.00 |
| | | | | 110936 | 8/4/2022 | $22,866.00 |
| | | | | 110937 | 8/4/2022 | $24,010.00 |
| | | | | 110939 | 8/4/2022 | $11,504.00 |
| | | | | 110940 | 8/4/2022 | $7,254.00 |

| Check No | Check Date | Check Amount | Clear Date | Invoice Paid | Invoice Date | Amount Paid |
|---|---|---|---|---|---|---|
| | | | | 110941 | 8/4/2022 | $4,409.00 |
| | | | | 110943 | 8/4/2022 | $7,870.00 |
| | | | | 110944 | 8/4/2022 | $22,721.00 |
| | | | | 110945 | 8/4/2022 | $24,593.00 |
| | | | | 110946 | 8/4/2022 | $844.00 |
| | | | | 110947 | 8/4/2022 | $9,662.00 |
| | | | | 110948 | 8/4/2022 | $17,862.00 |
| | | | | 110949 | 8/4/2022 | $22,818.00 |
| | | | | 110950 | 8/4/2022 | $4,413.00 |
| | | | | 110951 | 8/4/2022 | $740.00 |
| | | | | 110952 | 8/4/2022 | $6,517.58 |
| | | | | 110954 | 8/4/2022 | $15,527.82 |
| | | | | 110956 | 8/8/2022 | $12,196.08 |
| | | | | 110957 | 8/8/2022 | $6,035.42 |
| | | | | 110958 | 8/8/2022 | $18,339.62 |
| | | | | 110959 | 8/8/2022 | $6,414.29 |
| | | | | 110960 | 8/8/2022 | $7,456.51 |
| | | | | 111003 | 8/17/2022 | $8,486.00 |
| | | | | 111010 | 8/17/2022 | $1,665.00 |
| 39120 | 3/17/2023 | $513,877.89 | 3/20/2023 | 110942 | 8/4/2022 | $2,977.00 |
| | | | | 110972 | 8/16/2022 | $11,900.00 |
| | | | | 110986 | 8/16/2022 | $5,203.40 |
| | | | | 111000 | 8/17/2022 | $22,957.00 |
| | | | | 111001 | 8/17/2022 | $23,792.00 |
| | | | | 111002 | 8/17/2022 | $24,936.00 |
| | | | | 111004 | 8/17/2022 | $8,002.00 |
| | | | | 111005 | 8/17/2022 | $18,976.00 |
| | | | | 111006 | 8/17/2022 | $12,147.00 |
| | | | | 111007 | 8/17/2022 | $16,583.00 |
| | | | | 111008 | 8/17/2022 | $17,784.00 |
| | | | | 111009 | 8/17/2022 | $16,986.00 |
| | | | | 111013 | 8/17/2022 | $24,052.67 |
| | | | | 111014 | 8/17/2022 | $5,641.38 |
| | | | | 111023 | 8/25/2022 | $1,480.00 |
| | | | | 111024 | 8/25/2022 | $20,999.00 |
| | | | | 111025 | 8/25/2022 | $23,036.92 |
| | | | | 111026 | 8/25/2022 | $15,032.00 |
| | | | | 111027 | 8/25/2022 | $13,213.00 |
| | | | | 111028 | 8/25/2022 | $19,549.00 |
| | | | | 111029 | 8/25/2022 | $13,232.00 |
| | | | | 111030 | 8/25/2022 | $6,682.00 |

| Check No | Check Date | Check Amount | Clear Date | Invoice Paid | Invoice Date | Amount Paid |
|---|---|---|---|---|---|---|
| | | | | 111031 | 8/25/2022 | $23,880.00 |
| | | | | 111032 | 8/25/2022 | $21,941.00 |
| | | | | 111033 | 8/25/2022 | $29,211.66 |
| | | | | 111034 | 8/25/2022 | $8,061.95 |
| | | | | 111035 | 8/25/2022 | $21,250.00 |
| | | | | 111036 | 8/25/2022 | $6,310.41 |
| | | | | 111037 | 8/25/2022 | $25,000.00 |
| | | | | 111038 | 8/25/2022 | $24,667.34 |
| | | | | 111048 | 8/30/2022 | $5,950.00 |
| | | | | 111073 | 8/31/2022 | $22,444.16 |

8.      As indicated above, Cox Operating issued check number 38759 on February 17, 2023 made payable to Defendant in the amount of $343,230.86 ("*Transfer 1*"). Transfer 1 cleared the Primary Operating Account on February 22, 2023. Transfer 1, according to Cox Operating's books and records and as indicated in the above table, was remitted in satisfaction of 28 of the Invoices due and owing prior to the respective Transfer. A true and correct copy of the check and associated bank records evidencing Transfer 1's clearance are incorporated herein and attached hereto, *in-globo*, as **Exhibit "A(1)."**

9.      As indicated above, Cox Operating issued check number 39120 on March 17, 2023 made payable to Defendant in the amount of $513,877.89 ("*Transfer 2*"). Transfer 2 cleared the Ancillary Operating Account on March 20, 2023. Transfer 2, according to Cox Operating's books and records and as indicated in the above table, was remitted in satisfaction of 32 of the Invoices due and owing prior to the respective Transfer. A true and correct copy of the check and associated bank records evidencing Transfer 2's clearance are incorporated herein and attached hereto, *in-globo*, as **Exhibit "A(2)."**

10.     Both Transfers cleared the Operating Accounts within ninety (90) days of the Petition Date.

11.     Following the bankruptcy case's conversion to chapter 7, I have served, and continue to serve, as a consultant to the Trustee to assist with the winddown of the Debtors' affairs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information, and belief.

January 29, 2026
Dated

/s/ _Rodney Dykes_
Rodney Dykes



**Amarillo National Bank**

P.O. Box 1
Amarillo, Texas 79105

COX OPERATING LLC
FIELD ACCOUNT-GOM PROPERTIES
4514 COLE AVE STE 1175
DALLAS TX 75205-4183

### Statement Ending 02/28/2023

COX OPERATING LLC
Account Number: XXXXX7046

Page 1 of 46

| Managing Your Accounts | | |
|---|---|---|
|  CUSTOMER SERVICE | | 806-378-8000 |
| Fraud | | 800-472-3272 |
|  Lost or Stolen Card | | 800-472-3272 |
| Website | | www.ANB.com |



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL CHECKING | XXXXX7046 | ███████ |

## COMMERCIAL CHECKING-XXXXX7046

anb.com | Member FDIC | ⌂ Equal Housing Lender

Exhibit "A(1)"

## COMMERCIAL CHECKING-XXXXX7046 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/22/2023 | CHECK # 38759 | $343,230.86 | | $173,898.76 |



Cox Operating LLC
1615 Poydras St. Suite 850
New Orleans, LA 70112

038759

DATE 02/17/23

PAY ************343,230 Dollars and 86 Cents          $ ****343,230.86

TO
THE          FAB-CON, Inc.
ORDER        P.O. Box 520
OF           Gonzales, LA 70707



**Amarillo National Bank**

P.O. Box 1
Amarillo, Texas 79105

**Statement Ending 03/31/2023**

*COX OPERATING LLC*                                   Page 1 of 8
*Account Number: XXXXX3584*

COX OPERATING LLC
FIELD OPERATIONS
4514 COLE AVE STE 1175
DALLAS TX 75205-4183

### Managing Your Accounts

| | | |
|---|---|---|
|  | CUSTOMER SERVICE | 806-378-8000 |
|  | Fraud | 800-472-3272 |
|  | Lost or Stolen Card | 800-472-3272 |
| 🖥 | Website | www.ANB.com |

## Our CD & Savings Rates Are Up! AGAIN

- **We're <u>committed</u> to paying you a Fair Rate.**
- **Paying more than most other banks.**

Visit anb.com or call (806) 378-8000 for more information



**Still Here to Stay**

Member FDIC | 🏠 Equal Housing Lender

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL CHECKING | XXXXX3584 | ██████ |

## COMMERCIAL CHECKING-XXXXX3584

anb.com | Member FDIC | 🏠 Equal Housing Lender



Exhibit "A(2)"

Case 25-03344   Document 22-1   Filed in TXSB on 01/29/26   Page 12 of 13

## COMMERCIAL CHECKING-XXXXX3584 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/20/2023 | CHECK # 39120 | $513,877.89 | | -$416,930.24 |

## COMMERCIAL CHECKING-XXXXX3584 (continued)

**Account Activity (continued)**

Case 25-03344   Document 22-1   Filed in TXSB on 01/29/26   Page 13 of 13



**DDA Debits - 3/20/2023**