United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 23, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **MLCJR LLC, et al.,** | **CASE NO. 23-90324 (CML)** |
| *Debtors[1]* | **(Jointly Administered)** |

| | |
|---|---|
| **MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of Cox Operating, L.L.C.,** | |
| *Plaintiff* | |
| **v.** | **ADV. PRO. NO. 25-03344** |
| **FAB-CON, INC.,** | |
| *Defendant* | |

**DEFAULT JUDGMENT AGAINST FAB-CON, INC.**

CONSIDERING the *Trustee's Motion for Default Judgment Against Fab-Con, Inc.* and the accompanying *Memorandum in Support of Trustee's Motion for Default Judgment Against Fab-Con, Inc.* filed by Michael D. Warner, solely in his official capacity as the duly elected Chapter 7 Trustee for the bankruptcy estate of Cox Operating LLC and plaintiff in the above-captioned adversary proceeding, the evidence in support thereof including the, *Declaration Under Penalty of Perjury of Rodney Dykes in Support of Trustee's Motion for Default Judgment Against Fab-Con, Inc.*, the *Declaration Under Penalty of Perjury of Michael D. Warner in Support of Trustee's Motion for Default Judgment Against Fab-Con, Inc.*, and the admissions by defendant, Fab-Con, Inc.,

---

[1] The "**Debtors**" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR, LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is hereby rendered in the above captioned adversary proceeding in favor of plaintiff, Michael D. Warner, solely in his official capacity as the duly elected Chapter 7 Trustee for the bankruptcy estate of Cox Operating LLC, and against defendant, Fab-Con, Inc., in the principal sum of $857,108.75, plus: (a) all prejudgment interest accrued at the rate of 4.02% from the date of the Trustee's judicial demand to the date this judgment is entered; and (b) all post-judgment interest accrued at the rate of ____% from the date this judgment is entered to the date it is paid in full.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that to the extent Fab-Con, Inc. fails to satisfy this judgment, in full, within fourteen (14) days of its entry, all claims Fab-Con, Inc. filed against the bankruptcy estate of Cox Operating, LLC – including, but not limited to, proof of claim no. 486 and proof of claim no. 789 according to the claims registry previously maintained by Kroll, LLC and any administrative expense claim sought by Fab-Con, Inc. through Doc. No. 1718 in Case No. 23-90324 – shall be disallowed pursuant to 11 U.S.C. § 502(d) until Fab-Con, Inc. satisfies this judgment in full.

Signed:  February 23, 2026

_____
Christopher Lopez
United States Bankruptcy Judge